UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Alejandro Diaz**, <br><br>    Plaintiff, <br><br>  v. <br><br> **DWG International, LLC**; et al, <br><br>    Defendants. | Case No. 2:15-cv-07944-MWF-RAO <br><br> **JUDGMENT** |

GOOD CAUSE SHOWN, and pursuant to the agreement of the parties, Judgment is entered in favor of Plaintiff in the amount of $9,705.47.

Date: August 31, 2017

_____
Hon. Michael W. Fitzgerald
United States District Judge